IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

**CRIMINAL NO. 5:01CR36-2**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **JENNIFER PARKER CRANE** ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the supervised release violation hearing from the October 30, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the October 30, 2006, calendar.

**IT IS FURTHER ORDERED** that the hearing is rescheduled for **WEDNESDAY, NOVEMBER 29, 2006, AT 11:30 AM,** at the U.S. Courthouse in Statesville, North Carolina.

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge