# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| JENNIFER PARKER CRANE | Case Number: 5:01CR36-2-T |
| | USM Number: 17451-058 |
| | |
| | Steven Slawinski |
| | Defendant's Attorney |

**THE DEFENDANT:**

 X    admitted guilt to violation of condition(s) 1-6 of the term of supervision.
 ___  Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 10/19/2006 |
| 2 | New Law Violation | 12/2/2006 |
| 3 | Failure to Report Arrest | 12/7/2006 |
| 4 | New Law Violation | 5/18/2006 |
| 5 | New Law Violation | 5/20/2006 |
| 6 | Failure to Report Arrest | 1/31/2007 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

 ___  The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 13, 2007

Signed: April 23, 2007

Lacy H. Thornburg
United States District Judge

Defendant: JENNIFER PARKER CRANE  Judgment-Page 2 of 2
Case Number: 5:01CR36-2-T

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TEN (10) MONTHS</u>.

***Any monetary penalties OTHER THAN RESTITUTION resulting from the initial judgment entered are hereby remitted.***

    ☐    The Court makes the following recommendations to the Bureau of Prisons:

    ☒    The Defendant is remanded to the custody of the United States Marshal.

    ☐    The Defendant shall surrender to the United States Marshal for this District:

            ☐    as notified by the United States Marshal.

            ☐    at___a.m. / p.m. on ___.

    ☐    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

            ☐    as notified by the United States Marshal.

            ☐    before 2 p.m. on ___.

            ☐    as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal